LAWRENCE BROTHERS, INCORPORATED, Respondent, *v.* HENRY
B. HEYLMAN, Defendant, and HARRIET A. HEYLMAN,
Appellant.

*Lawrence Brothers, Inc.,* v. *Heylman,* 111 App. Div. 848, affirmed.
(Argued October 17, 1907; decided November 1, 1907.)

APPEAL from a judgment, entered September 12, 1906,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, which affirmed an inter-
locutory judgment of Special Term adjudging a conveyance
of real estate made by defendant Henry B. Heylman to
defendant Harriet A. Heylman to be a mortgage, and that
the equity of redemption is subject to the lien of a certain

judgment in plaintiff's favor against the said Henry B. Heylman.

*Richard Krause* for appellant.

*Ralph Earl Prime, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.